IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CASE NUMBER 07-05085-EAG

**MARIA E SANTIAGO SANTIAGO**

CHAPTER 13

**Debtor(s)**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\\**

TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this November 26, 2012.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com


By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| 07-05085-EAG | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ACM PALMYRA PR LLC<br>C/O RAMOS & BAGUE LAW OFFICE<br>PO BOX 306<br>CAGUAS, PR 00726-0306 | ACM PALMYRA PR, LLC<br>230 CROSSKEYS OFFICE PARK<br>FAIRPORT, NY 14450 |
| ACM PALMYRA PR, LLC<br>PO BOX 70195<br>SAN JUAN, PR 00936-8195 | AMERICAN GENERAL FIN<br>153 CALLE LUNA<br>SAN GERMAN, PR 00638 |
| CAPITAL RECOVERY II<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131 | CITIFINANCIAL<br>4740 121st ST<br>URBANDALE, IA 50323 |
| CITIFINANCIAL INC<br>4740 121st ST<br>URBANDALE, IA 50323 | COOP A/C LAJAS<br>C/O ARTURO GONZALEZ MARTIN ESQ<br>PO BOX 193377<br>SAN JUAN, PR 00919-3377 |
| FIRSTBANK<br>C/O MARJALISA COLON VILLANUEVA<br>PO BOX 7970<br>PONCE, PR 00732 | FIRTBANK MORTGAGE<br>C/O COLON LAW OFFICE<br>PO BOX 7970<br>PONCE, PR 00732 |
| MONEY EXPRESS<br>C/O LYDIA PACHECO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | PR ACQUISITIONS LLC<br>C/O OPERATING PARTNERS CO INC<br>250 MUÑOZ RIVERA AVE<br>12TH FLOOR AIG BUILDING<br>SAN JUAN, PR 00918 |
| PRAMCO CV9,LLC<br>C/O FRANCISCO FERNANDEZ CHIQUES<br>PO BOX 9749<br>SAN JUAN, PR 00908 | R & G MORTGAGE CORPORATION<br>PO BOX 362394<br>SAN JUAN, PR 00936-2394 |

07-05085-EAG
Page 2

SANTANDER FINANCIAL SERVICES DBA ISLAND FINANCE
C/O BIGAS & RIVERA-BUJOSA LAW OFFICES
PO BOX 7011
PONCE, PR 00732-7011

VICTOR THOMAS SANTIAGO*
151 AVE DE DIEGO
SUITE B
SAN JUAN, PR 00911

MARIA E SANTIAGO SANTIAGO

EXT EL VALLE 2
381 CALLE LAUREL
LAJAS, PR 00667-2620

VICTOR THOMAS SANTIAGO*

151 AVE DE DIEGO
SUITE B
SAN JUAN, PR 00911

DATED: November 26, 2012

S/ WALTER LUGO
OFFICE OF THE CHAPTER 13 TRUSTEE